B6J (Official Form 6J) (12/07)

In re **Robert George Chlipala**  Case No. **11-52565**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ **1,250.00** |
|   a. Are real estate taxes included? | Yes ___ No **X** | |
|   b. Is property insurance included? | Yes ___ No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ **270.00** |
|              b. Water and sewer | | $ **60.00** |
|              c. Telephone | | $ **0.00** |
|              d. Other **See Detailed Expense Attachment** | | $ **305.00** |
| 3. Home maintenance (repairs and upkeep) | | $ **50.00** |
| 4. Food | | $ **850.00** |
| 5. Clothing | | $ **40.00** |
| 6. Laundry and dry cleaning | | $ **30.00** |
| 7. Medical and dental expenses | | $ **200.00** |
| 8. Transportation (not including car payments) | | $ **550.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ **30.00** |
| 10. Charitable contributions | | $ **30.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|          a. Homeowner's or renter's | | $ **25.00** |
|          b. Life | | $ **133.00** |
|          c. Health | | $ **0.00** |
|          d. Auto | | $ **150.00** |
|          e. Other | | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) **Real Estate Property Taxes (amt by month)** | | $ **350.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|          a. Auto | | $ **252.00** |
|          b. Other **Art Van Furniture** | | $ **100.00** |
|          c. Other | | $ **0.00** |
| 14. Alimony, maintenance, and support paid to others | | $ **0.00** |
| 15. Payments for support of additional dependents not living at your home | | $ **200.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ **0.00** |
| 17. Other **See Detailed Expense Attachment** | | $ **920.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **5,795.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    **Client has need for Life insurance and expects to have the same in the near future. Estimated costs reflected in Schedule J.**

    **Client is attempting to do a loan modification on property. If client must relocate. client estimates monthly rent to be approximately $1,200.**

    **Debtor helps support mother and father with assistance from other siblings. Debtor approximates about $200 per month in support to parents.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ **5,518.00** |
| b. | Average monthly expenses from Line 18 above | $ **5,795.00** |
| c. | Monthly net income (a. minus b.) | $ **-277.00** |

**B6J (Official Form 6J) (12/07)**

In re **Robert George Chlipala** Case No. **11-52565**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| **Cable/Internet/Phone** | $ 105.00 |
| **Cell Phones (2) personal/work** | $ 200.00 |
| **Total Other Utility Expenditures** | $ 305.00 |

**Other Expenditures:**

| | |
|---|---|
| **Child Catholic School** | $ 300.00 |
| **Dental and Hygiene** | $ 20.00 |
| **Day Care** | $ 200.00 |
| **401 Loan Payment** | $ 300.00 |
| **school supplies/lunch/ school activities** | $ 100.00 |
| **Total Other Expenditures** | $ 920.00 |